IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00352-FL

| | |
|---|---|
| MARTHA L. YATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Plaintiff filed a Petition for Attorney's Fees under the Equal Access to Justice Act (EAJA) in the amount of $5,437.77. After consultation, the parties agreed that the amount of $4,950.00 should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

It is ORDERED that an award of fees under the EAJA in the amount of $4,950.00 be made, payable to Plaintiff's counsel.

SO ORDERED, this __20th__ day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge

1